

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2015

No. 04-15-00116-CV

Lee **WEIR**, Mike Weir and Al Weir,
Appellants

v.

**HOLT TEXAS, LTD**. d/b/a Holt Cat,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-00097
Honorable Gloria Saldana, Judge Presiding

## O R D E R

The clerk's record was originally due on March 2, 2015. The trial court clerk has filed a Notification of Late Record, stating that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court <u>no later than March 23, 2015</u> that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to file such written proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court